IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA MARGRAVES,<br><br>                Plaintiff,<br><br>vs.<br><br>TA OPERATING, LLC; and C.R. ENGLAND, INC.,<br><br>                Defendants. | 4:12CV3152<br><br>**AMENDED PROGRESSION ORDER** |

Pursuant to the joint oral motion (filing 30),

IT IS ORDERED that the final progression order (filing 16) is amended as follows:

1. The plaintiff's deadline for identifying expert witnesses expected to testify at the trial is March 1, 2013.

2. The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff(s): | May 1, 2013. |
   | For the defendants(s): | July 1, 2013. |
   | For rebuttal(s): | July 31, 2013. |

Dated this 5th day of March, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge