IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA MARGRAVES,<br><br>                Plaintiff,<br><br>vs.<br><br>TA OPERATING, LLC; and C.R. ENGLAND, INC.,<br><br>                Defendants. | 4:12CV3152<br><br>**SECOND**<br>**AMENDED PROGRESSION ORDER** |

Pursuant to the joint email motion (filing 34) ,

IT IS ORDERED that the final progression order (filing 16) and order (filing 31) are amended as follows:

1. The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    | | |
    |---|---|
    | For the plaintiff(s): | June 14, 2013. |
    | For the defendants(s): | August 1, 2013. |
    | For rebuttal(s): | August 15, 2013. |

2. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 30, 2013.

3. The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 9, 2013** at **9:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 6, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

Dated this 3rd day of April, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge